ALBERT RICHARDSON, Respondent, *vs.* NORTH MISSOURI IN-
SURANCE COMPANY OF MACON, Mo., Appellant.

1. *Fire insurance—Suit on policy of—What allegations sufficient.*—In suit on
a fire insurance policy, the petition need not specifically allege notice and proof
of loss. A simple averment that plaintiff "duly fulfilled all the conditions of
said policy on his part," is sufficient. (Wagn. Stat., p. 1020, § 42.)

*Appeal from Livingstone Circuit Court.*

*John F. Williams,* for Appellant.

*M. A. Low,* for Respondent.

ADAMS, Judge, delivered the opinion of the court.

This was an action on a policy of fire insurance. The de-
fendant filed an answer to the merits, and after the cause had
been continued several terms, the defendant withdrew its an-
swer, and the plaintiff took judgment for want of answer
—which was made final.

The defendant filed a motion in arrest, alleging that the
petition did not state facts sufficient to constitute a cause of
action.

This motion was overruled and the defendant excepted,
and has appealed to this court.

The only point made is, that the petition does not specifi-
cally allege notice and proofs of loss, which were conditions
precedent to the plaintiff's right of recovery.

The petition does allege that the plaintiff "duly fulfilled
all the conditions of said policy on his part." This is all our
practice act requires. (See 2nd Wagn. Stat., 1020, § 42.)

Judgment affirmed. Judge Sherwood absent; the other
judges concur.